# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LEE TE KIM,

Appellant,

v.

COURTNEY GALASSO, individually and as Trustee of the CLARENCE E.
LEISEY, III REVOCABLE TRUST, ROBERT PITTMAN, JR., and AGP
RUSKIN, LLC,

Appellees.

No. 2D22-2079

_____

September 6, 2023

Appeal from the Circuit Court for Hillsborough County; Cheryl K.
Thomas, Judge.

Paul E. Parrish of Parrish Law, P.A., Satellite Beach and Jeffrey Bristol,
Parrish Law, Tampa, for Appellant.

Chance Lyman and Joshua S. M. Smith of Buchanan Ingersoll & Rooney
PC, Tampa, for Appellee Courtney Galasso.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.